# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN CARLISLE CARRINGTON,

    Plaintiff

v.

DAVID WAPINSKY, et al.,

    Defendants

CIVIL ACTION NO. 3:23-1975

(Judge Munley)

## ORDER

**AND NOW,** to wit, this 17th day of June 2024, For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned action is **DISMISSED** pursuant to Federal Rules of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. §1915(a)(3).

BY THE COURT:

_/s/ Julia K. Munley_
JUDGE JULIA K. MUNLEY
United States District Judge